Henry Hirschberg, Respondent, v. John L. Kruger, Appellant.— Motion

Second Department, April, 1912.                    [Vol. 150.

to resettle order granted to the extent that defendant should only pay the ten dollars costs and eight dollars and eight cents disbursements, and also disbursements legally incurred to sheriff. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.